■ GONZOLO ROLDAN, Also Known as LUIS G. ROLDAN, et al., Respondents, v JUAN P. MOLYNEUX et al., Defendants, and SIG BERGAMIN INTERIORS, INC., et al., Appellants. (And a Third-Party Action.) [642 NYS2d 297] —Order, Supreme Court, New York County (Richard B. Lowe, III, J.), entered on or about August 15, 1995, which, *inter alia,* granted plaintiffs' motion for summary judgment on the issue of liability under Labor Law § 240 (1) and denied defendants-appellants' cross motion for summary judgment dismissing the complaint as against them, unanimously affirmed, without costs.

Plaintiff, who was injured as the result of a fall when cleaning for the first time the top of a newly constructed glass enclosure, was not engaged in the type of routine household window washing maintenance work excluded from statutory protection (*see, Brown v Christopher St. Owners Corp.,* 87 NY2d 938). The IAS Court therefore properly imposed liability on defendants for failure to furnish safety devices (Labor Law § 240 [1]). Concur—Rosenberger, J. P., Rubin, Kupferman and Nardelli, JJ.